IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY A. PLEASANT, )
)
    Plaintiff, )
v. ) Civil Action No. 3:20CV269–HEH
)
UNKNOWN, )
)
    Defendant. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Jeffrey A. Pleasant, a federal inmate, "has filed numerous frivolous attempts to challenge his state and federal convictions." *Pleasant v. Clarke*, No. 3:15CV218, 2015 WL 11110959, at *1 (E.D. Va. Apr. 21, 2015), *aff'd*, 620 F. App'x 197 (4th Cir. 2015). "Because of Pleasant's history of abusive filings challenging his federal conviction and state charges, the Court [found] that Pleasant ha[d] abused the writ of habeas corpus." *Id.* at *2. Therefore, the Court informed Pleasant that:

> [B]efore the Court will review any new action challenging his federal conviction or state charges in the Circuit Court of the City of Richmond, no matter what Pleasant labels the action, Pleasant must do the following:
> Attach to the front of any filing, a document labeled "Certificate of Compliance" that contains:
>     a. A brief summary, not to exceed one (1) page, explaining why the Court has jurisdiction to consider his current submission;
>     b. A certification that he challenges a judgment of conviction that results in a present restraint on his liberty; and
>     c. A certification that the claims he presents are new claims never before raised and set forth why each claim could not have been raised in his previous action.

*Id.* Pleasant was expressly warned that the "failure to comply with the above directives w[ould] result in summary dismissal of the new action." *Id.*

On April 14, 2020, the Court received from Pleasant a document titled, "FEDERAL RULE OF CIVIL PROCEDURE RULE 60(b) MOTION TO VACATE VOID JUDGMENT." (ECF No. 1, at 1.) In that submission, Pleasant once again attempts to challenge either his state or federal convictions. Pleasant, however, failed to attach the required "Certificate of Compliance." Accordingly, the present action will be dismissed without prejudice. The Court will deny a certificate of appealability.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
Henry E. Hudson
Senior United States District Judge

Date: July 14, 2020
Richmond, Virginia